| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
|   | Telephone:    415/674-8600 |
| 4 | Facsimile:     415/674-9900 |
| 5 | Attorneys for Plaintiffs |
|   | CRAIG YATES |
| 6 | and DISABILITY RIGHTS |
|   | ENFORCEMENT, EDUCATION, |
| 7 | SERVICES: HELPING YOU |
|   | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual,<br><br>    Defendants. | CV-08-4983-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual TO RESPOND TO COMPLAINT** |

   Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES") through their undersigned counsel, and defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual, *in pro per,* stipulate as follows:

   1.   Defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual are granted an extension of time to and including January 20, 2009, to answer or otherwise respond to plaintiffs' complaint.

///

///

1    2.    In the event defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than (45) days from the filing of said motion.

3.    Defendants further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: December 30, 2008            THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By: _____/S/_____
                                          Thomas E. Frankovich
                                    Attorneys for Plaintiffs CRAIG YATES and
                                    DISABILITY RIGHTS, ENFORCEMENT,
                                    EDUCATION, SERVICES: HELPING YOU HELP
                                    OTHERS, a California public benefit corporation


DATED:_____, 2008            ARTHUR C. S. HSU, Trustee


                                    By:_____
                                    ARTHUR C. S. HSU, ARTHUR C. S. HSU, and
                                    GLENDY M. H. HSU TRUSTEES UDT, *IN PRO PER*

///

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual            CASE NO. CV-08-4983-PJH**            2

2.  In the event defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than (45) days from the filing of said motion.

3.  Defendants further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: December 30, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /S/
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

DATED: 1/5/09, 2008

ARTHUR C. S. HSU, Trustee

By: _____
ARTHUR C. S. HSU, ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT, IN PRO PER

///
///
///

1  DATED: 1/2/09, 2008        GLENDY M. H. HSU, Trustee

    By: _____
    GLENDY M. H. HSU, ARTHUR C. S. HSU, and
    GLENDY M. H. HSU TRUSTEES UDT, *IN PRO PER*

6  DATED: 1/2/09, 2008        RAYMOND HSU, an individual

    By: _____
    RAYMOND HSU, an individual, *IN PRO PER*

## ORDER

IT IS HEREBY ORDERED that the Defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual are granted an extension of time to and including January 20, 2009, to answer or otherwise respond to plaintiffs' complaint.

Dated: _____, 2009

_____
Honorable Phyllis J. Hamilton
United States Magistrate Judge

DATED:_____, 2008          GLENDY M. H. HSU, Trustee

By:_____

GLENDY M. H. HSU, ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT, *IN PRO PER*

DATED:_____, 2008          RAYMOND HSU, an individual

By: _____

RAYMOND HSU, an individual, *IN PRO PER*

### **ORDER**

IT IS HEREBY ORDERED that the Defendants ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual are granted an extension of time to and including January 20, 2009, to answer or otherwise respond to plaintiffs' complaint.

Dated: _January 8_____, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honor[able]
United [States...]

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual     CASE NO. CV-08-4983-PJH**