THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:    415/674-8600
Facsimile:     415/674-9900

CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual,<br><br>        Defendants. | CASE NO. CV-08-4983-PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4      This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

7 Dated: December 16, 2009      THOMAS E. FRANKOVICH
     *A PROFESSIONAL LAW CORPORATION*

9      By:    /s/
     Thomas E. Frankovich
10      Attorney for  CRAIG YATES  and
     DISABILITY RIGHTS ENFORCEMENT,
11      EDUCATION SERVICES:HELPING YOU HELP
     OTHERS

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Dated: December 9, 2009

RANDALL P. CHOY
HEDANI, CHOY, SPALDING &SALVAGIONE

By: _____/s/_____
    Randall P. Choy
Attorneys for ARTHUR C. S. HSU, and GLENDY M. H. HSU TRUSTEES UDT; and RAYMOND HSU, an individual

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: December 16, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Hon. _____
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-